**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

---

METAQUOTES LTD.,

    Plaintiff,

v.

BESTAMBERMT5.COM, BESTFXMT5.COM, BFMT4.COM, BFMT5.COM, CLONEMETATRADER5.COM, DFMT4.COM, GREYLABELMT5.COM, GREYLABELMT5.NET, LOTUSMT4.COM, LXMT4.COM, META-QUOTE.ORG, META-QUOTES.NET, METAQUOTES5.COM, METATRADERC.COM, METATRADERFXPRO.COM, METATRADERGREYLABEL.COM, METATRADERS5.COM, MQL5TRADE.COM, MQL5TRADER.COM, MQLSHOP.COM, MT4CRM.COM, MT4DATAFEED.COM, MT-4-FOREX.COM, MT5BUILD.COM, MT5CLAIM.COM, MT-5-FOREX.COM, MT5MAKER.COM, MT5MANAGER.COM, MT5META.COM, MT5PROVIDER.COM, MT5PROVIDERMAIL.COM, PJMT4.COM, RDMT4.COM, REALMETATRADER4.COM, SJMT5.COM, METATRABER5.COM, Internet domain names,

    Defendants.

Civil Action No. _____

---

## **COMPLAINT**

Plaintiff MetaQuotes Ltd. ("Plaintiff" or "MetaQuotes"), through counsel, alleges as follows for its Complaint against *in rem* Defendants bestamberMT5.com, bestfxMT5.com, bfMT4.com, bfMT5.com, cloneMETATRADER5.com, dfMT4.com, greylabelMT5.com,

greylabelMT5.net, lotusMT4.com, lxMT4.com, META-QUOTE.org, META-QUOTES.net, METAQUOTES5.com, METATRADERc.com, METATRADERfxpro.com, METATRADERgreylabel.com, METATRADERs5.com, MQL5trade.com, MQL5trader.com, MQLshop.com, MT4crm.com, MT4datafeed.com, MT-4-forex.com, MT5build.com, MT5claim.com, MT-5-forex.com, MT5maker.com, MT5manager.com, MT5meta.com, MT5provider.com, MT5providermail.com, pjMT4.com, rdMT4.com, realMETATRADER4.com, sjMT5.com, METATRABER5.com (the "Defendant Domain Names"), seeking the disabling of the Defendant Domain Names through transfer to MetaQuotes.

## NATURE OF THE SUIT

1. This is an action for *in rem* cybersquatting under the Federal Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d), and trademark infringement under the Lanham Act, 15 U.S.C. § 1114(1)(a).

2. Recent government reports highlight the prevalence of cybersquatting, associated trademark infringement, and attendant harm to consumers and brands. Cybersquatting actors have grown more and more sophisticated with misuse of protected marks, beyond simply seeking to gain internet traffic intended for the mark holder. Today's cybersquatters engage in bad acts including leveraging trademark recognition to distribute computer viruses or "malware," to collect visitors' personal information for inappropriate or illegal uses, to generate revenue by displaying pay-per-click advertisements related to the legitimate site, or even to display counterfeit versions of brand owners' goods or services.

3. Cybersquatting harms consumers by causing confusion with the legitimate sites being sought by the consumers and very often results in consumers' computers being infected

with computer viruses, "bloatware" or other unwanted software, consumers' personal information being collected and misused, and/or consumers being presented with an endless stream of unwanted advertisements.

4.      In the present case, MetaQuotes' valuable rights in its distinctive and federally registered trademarks have been deliberately infringed through the bad faith registration, use, and/or trafficking-in the Defendant Domain Names.

## PARTIES

5.      Plaintiff MetaQuotes Ltd. is an entity organized under the laws of the Republic of Cyprus. It is incorporated in Cyprus with registration number HE 369946. Its headquarters is located in Cyprus, a European Union member country.

6.      Defendant Domain Name bestamberMT5.com is an Internet domain name which, according to the domain name registration record, is registered to an individual or entity identified as "Private."  A copy of the domain name registration record for Defendant Domain Name One is attached as Exhibit 1.

7.      Defendant Domain Name bestfxMT5.COM is an Internet domain name which, according to the domain name registration record, is registered to an individual or entity identified as "Private."  A copy of the domain name registration record for Defendant Domain Name One is attached as Exhibit 2.

8.      Defendant Domain Name bfmt4.com is an Internet domain name which, according to the domain name registration record, is registered to an individual or entity identified as "Private."  A copy of the domain name registration record for Defendant Domain Name One is attached as Exhibit 3.

9.      Defendant Domain Name bfmt5.com is an Internet domain name which,

3

according to the domain name registration record, is registered to an individual or entity identified as "Private."  A copy of the domain name registration record for Defendant Domain Name One is attached as Exhibit 4.

10.    Defendant Domain Name clonemetatrader5.com is an Internet domain name which, according to the domain name registration record, is registered to an individual or entity identified as "C/O WHOISPROXY.COM."  A copy of the domain name registration record for Defendant Domain Name One is attached as Exhibit 5.

11.    Defendant Domain Name dfmt4.com is an Internet domain name which, according to the domain name registration record, is registered to an individual or entity identified as "Private."  A copy of the domain name registration record for Defendant Domain Name One is attached as Exhibit 6.

12.    Defendant Domain Name greylabelmt5.com is an Internet domain name which, according to the domain name registration record, is registered to an individual or entity identified as "MTG."  A copy of the domain name registration record for Defendant Domain Name One is attached as Exhibit 7.

13.    Defendant Domain Name greylabelmt5.net is an Internet domain name which, according to the domain name registration record, is registered to an individual or entity identified as "GREYWHITE."  A copy of the domain name registration record for Defendant Domain Name One is attached as Exhibit 8.

14.    Defendant Domain Name lotusmt4.com is an Internet domain name which, according to the domain name registration record, is registered to an individual or entity identified as "WHOISPROTECTION.CC."  A copy of the domain name registration record for Defendant Domain Name One is attached as Exhibit 9.

15.     Defendant Domain Name lxmt4.com is an Internet domain name which, according to the domain name registration record, is registered to an individual or entity identified as "Registration Private."  A copy of the domain name registration record for Defendant Domain Name One is attached as Exhibit 10.

16.     Defendant Domain Name meta-quote.org is an Internet domain name which, according to the domain name registration record, is registered to an individual or entity identified as "Private."  A copy of the domain name registration record for Defendant Domain Name One is attached as Exhibit 11.

17.     Defendant Domain Name meta-quotes.net is an Internet domain name which, according to the domain name registration record, is registered to an individual or entity identified as "Registration Private."  A copy of the domain name registration record for Defendant Domain Name One is attached as Exhibit 12.

18.     Defendant Domain Name metaquotes5.com is an Internet domain name which, according to the domain name registration record, is registered to an individual or entity identified as "Private."  A copy of the domain name registration record for Defendant Domain Name One is attached as Exhibit 13.

19.     Defendant Domain Name metatraderc.com is an Internet domain name which, according to the domain name registration record, is registered to an individual or entity identified as "Private."  A copy of the domain name registration record for Defendant Domain Name One is attached as Exhibit 14.

20.     Defendant Domain Name metatraderfxpro.com is an Internet domain name which, according to the domain name registration record, is registered to an individual or entity identified as "Private."  A copy of the domain name registration record for Defendant Domain

Name One is attached as Exhibit 15.

21.     Defendant Domain Name metatradergreylabel.com is an Internet domain name which, according to the domain name registration record, is registered to an individual or entity identified as "Private."  A copy of the domain name registration record for Defendant Domain Name One is attached as Exhibit 16.

22.     Defendant Domain Name metatraders5.com is an Internet domain name which, according to the domain name registration record, is registered to an individual or entity identified as "Private."  A copy of the domain name registration record for Defendant Domain Name One is attached as Exhibit 17.

23.     Defendant Domain Name mql5trade.com is an Internet domain name which, according to the domain name registration record, is registered to an individual or entity identified as "Private."  A copy of the domain name registration record for Defendant Domain Name One is attached as Exhibit 18.

24.     Defendant Domain Name mql5trader.com is an Internet domain name which, according to the domain name registration record, is registered to an individual or entity identified as "Private."  A copy of the domain name registration record for Defendant Domain Name One is attached as Exhibit 19.

25.     Defendant Domain Name mqlshop.com is an Internet domain name which, according to the domain name registration record, is registered to an individual or entity identified as "Private."  A copy of the domain name registration record for Defendant Domain Name One is attached as Exhibit 20.

26.     Defendant Domain Name mt4crm.com is an Internet domain name which, according to the domain name registration record, is registered to an individual or entity

identified as "Domain Admin / This Domain is For Sale."  A copy of the domain name registration record for Defendant Domain Name One is attached as Exhibit 21.

27.    Defendant Domain Name mt4datafeed.com is an Internet domain name which, according to the domain name registration record, is registered to an individual or entity identified as "Private."  A copy of the domain name registration record for Defendant Domain Name One is attached as Exhibit 22.

28.    Defendant Domain Name mt-4-forex.com is an Internet domain name which, according to the domain name registration record, is registered to an individual or entity identified as "Private."  A copy of the domain name registration record for Defendant Domain Name One is attached as Exhibit 23.

29.    Defendant Domain Name mt5build.com is an Internet domain name which, according to the domain name registration record, is registered to an individual or entity identified as "Registration Private."  A copy of the domain name registration record for Defendant Domain Name One is attached as Exhibit 24.

30.    Defendant Domain Name mt5claim.com is an Internet domain name which, according to the domain name registration record, is registered to an individual or entity identified as "Private."  A copy of the domain name registration record for Defendant Domain Name One is attached as Exhibit 25.

31.    Defendant Domain Name mt-5-forex.com is an Internet domain name which, according to the domain name registration record, is registered to an individual or entity identified as "Private."  A copy of the domain name registration record for Defendant Domain Name One is attached as Exhibit 26.

32.    Defendant Domain Name mt5maker.com is an Internet domain name which,

according to the domain name registration record, is registered to an individual or entity identified as "Registration Private."  A copy of the domain name registration record for Defendant Domain Name One is attached as Exhibit 27.

33.    Defendant Domain Name mt5manager.com is an Internet domain name which, according to the domain name registration record, is registered to an individual or entity identified as "Private."  A copy of the domain name registration record for Defendant Domain Name One is attached as Exhibit 28.

34.    Defendant Domain Name mt5meta.com is an Internet domain name which, according to the domain name registration record, is registered to an individual or entity identified as "Private."  A copy of the domain name registration record for Defendant Domain Name One is attached as Exhibit 29.

35.    Defendant Domain Name mt5provider.com is an Internet domain name which, according to the domain name registration record, is registered to an individual or entity identified as "Private."  A copy of the domain name registration record for Defendant Domain Name One is attached as Exhibit 30.

36.    Defendant Domain Name mt5providermail.com is an Internet domain name which, according to the domain name registration record, is registered to an individual or entity identified as "Private."  A copy of the domain name registration record for Defendant Domain Name One is attached as Exhibit 31.

37.    Defendant Domain Name pjmt4.com is an Internet domain name which, according to the domain name registration record, is registered to an individual or entity identified as "Private."  A copy of the domain name registration record for Defendant Domain Name One is attached as Exhibit 32.

38.     Defendant Domain Name rdmt4.com is an Internet domain name which, according to the domain name registration record, is registered to an individual or entity identified as "Private."  A copy of the domain name registration record for Defendant Domain Name One is attached as Exhibit 33.

39.     Defendant Domain Name realmetatrader4.com is an Internet domain name which, according to the domain name registration record, is registered to an individual or entity identified as "Private."  A copy of the domain name registration record for Defendant Domain Name One is attached as Exhibit 34.

40.     Defendant Domain Name sjmt5.com is an Internet domain name which, according to the domain name registration record, is registered to an individual or entity identified as "Registration Private."  A copy of the domain name registration record for Defendant Domain Name One is attached as Exhibit 35.

41.     Defendant Domain Name metatraber5.com is an Internet domain name which, according to the domain name registration record, is registered to an individual or entity identified as "Registration Private."  A copy of the domain name registration record for Defendant Domain Name One is attached as Exhibit 36.

## JURISDICTION, VENUE AND JOINDER

42.     This is a civil action for federal cybersquatting in violation of the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d).

43.     This Court has original jurisdiction under 15 U.S.C. § 1121(a) and 28 U.S.C. §§ 1331 and 1338(a).

44.     This Court has *in rem* jurisdiction over the Defendant Domain Names pursuant to 15 U.S.C. § 1125(d)(2)(A).    *In rem* jurisdiction is appropriate under 15 U.S.C. §

9

1125(d)(2)(A)(ii) because the registration records for the Defendant Domain Names reflect either a fictitious person/entity, or an individual residing outside the United States, and therefore MetaQuotes cannot obtain *in personam* jurisdiction over a person who would have been a defendant in a civil action under 15 U.S.C. § 1125(d)(1)(A) and/or, alternatively, MetaQuotes, despite its due diligence, has been unable to find a person who would have been a defendant in a civil action under 15 U.S.C. § 1125(d)(1)(A).

45.    Pursuant to 15 U.S.C. § 1125(d)(2)(A)(i)(II)(aa), Plaintiff will give notice of the violations of their rights and intent to proceed *in rem*, to the postal and e-mail addresses set forth in the registration records for the Defendant Domain Names.

46.    Venue is proper in this District pursuant to 15 U.S.C. § 1125(d)(2)(C) and 28 U.S.C. § 1391(b)(2) in that the .COM and .NET domain name registry operator, VeriSign, Inc., and the .ORG registry operator, Public Interest Registry, are located in this District and pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the claims occurred in this District.

47.    Joinder of Defendant Domain Names is proper under Fed. R. Civ. P. 20(a)(2) in that the claims set forth herein arise out of the same series of transactions and the same questions of law are common to all of the Defendants.

## **METAQUOTES' RIGHTS**

48.    MetaQuotes Ltd. was founded in 2017 as Finteza Ltd. and incorporated in Cyprus, a European Union member country, on May 29, 2017, with registration number HE 369946.

49.    Finteza changed its name to MetaQuotes Ltd. in 2019 and filed a Certificate of Change of Name with the Registrar of Companies in Cyprus on July 26, 2019.

50.    MetaQuotes specializes in designing and developing foreign exchange trading

software programs as well as other financial instruments used in connection with international financial markets.

51.    In the early 2000s, MetaQuotes developed a series of entry-level trading platforms that later evolved into the MetaTrader 4 ("MT4") and MetaTrader 5 ("MT5") online trading platforms. The MetaTrader platforms were available in U.S. commerce at least as early as 2002. These platforms, which facilitate financial services through multi-asset trading, have been offered consistently since their development.

52.    MetaQuotes' predecessor in interest registered the domain name metaquotes.net in 2003, and the domain has been used consistently since then to host a website promoting MegaQuotes' services. The MetaTrader offerings, particularly, have been featured prominently on the website, including with a dedicated subpage at metaquotes.net/en/metatrader5.

53.    The METATRADER services are used by millions of traders and hundreds of brokers worldwide.

54.    The METATRADER mark and services thereunder have received significant publicity over their decades of use, including numerous high-profile industry awards. Some recent examples of such awards include "Best Multi-Asset Trading Platform" at the Finance Magnates London Summit 2024, and "Best Global Multi-Asset Platform" and "Best Mobile Trading Platform" nominations at Forex Expo 2024.

55.    MetaQuotes uses its trademarks including METAQUOTES, METATRADER, MT4, MT5, METATRADER 4, METATRADER 5, MQL 4, MQL 5, FINTEZA, and TEAMWOX (the "MetaQuotes Marks") to indicate the source of its software programs, and consumers have come to distinguish MetaQuotes goods and services as a result of the use and widespread promotion of the MetaQuotes Marks.

11

56.     The MetaQuotes Marks are entitled to common law trademark rights.

57.     The MetaQuotes Marks are famous and/or distinctive throughout the United States and the world in connection with Plaintiff's products.

58.     The MetaQuotes wordmarks are registered around the world including on the Principal Trademark Register of the U.S. Patent and Trademark Office.   Following is a representative sampling of MetaQuotes' U.S. federal trademark registrations for the MetaQuotes wordmarks.

| REG. NO. | MARK | REG. DATE | REGISTERED GOODS / SERVICES |
|---|---|---|---|
| 3182784 | METATRADER | Dec. 12, 2006 | IC 009: Computer operating programs, computer software for use in database management, as a spread sheet, word processing, and diagram in the field of brokerage and trading services on Forex, CFD and Futures financial markets; downloadable computer software programs designed for financial institutions providing online brokerage and trading services on Forex, CFD and Futures financial markets for use on computers, mobile phones, pocket computers and other mobile devices; computer game programs; computers; laptop computers; downloadable electronic publications in the form of magazines and newsletters for use in the field of brokerage and trading services on Forex, CFD and Futures financial markets. |
| 4745695 | METAQUOTES | Jun. 2, 2015 | IC 009: Computer programs for database management, for preparing spreadsheets, for word processing, and for preparing diagrams in the fields of brokerage and trading services on Forex, CFD and Futures financial markets; downloadable computer software programs designed for financial institutions for providing online brokerage and trading services on Forex, CFD, and Futures financial markets, for use on computers, mobile phones, pocket computers and other mobile devices; computer game software; downloadable electronic publications in the form of magazines and newsletters for use in the field of brokerage and trading |

| | | | services on Forex, CFD and Futures financial markets; computers.; IC 042: Design and development of computer software, including updating of computer software, maintenance of computer software; IC 042: Design and development of computer software, including updating of computer software, maintenance of computer software |
|---|---|---|---|
| 3879299 | MQL 5 | Nov. 23, 2010 | IC 042: computer programming services in the nature of designing computer programming languages for others; specifically excluding programming for computer database management software and software in the form of database tools for the collection, management and utilization of commercial and public information. |
| 3896669 | METATRADER 5 | Dec. 28, 2010 | IC 009: Computer operating programs, [ computer programs, ] computer software * for use in database management, as a spread sheet, word processing, and diagram in the field of brokerage and trading services on Forex, CFD and futures financial markets; downloadable computer software programs designed for financial institutions providing online brokerage and trading services on Forex, CFD and futures financial markets for use on computers, mobile phones, pocket computers and other mobile devices; computer game programs; downloadable electronic publications in the form of magazines and newsletters for use in the field of brokerage and trading services on Forex, CFD and futures financial markets; computers * [; computer game programs; electronic publications; computers; magnetic and optical data media ]; IC 042: Computer software design; computer programming; updating of computer software. |
| 5537970 | FINTEZA | Aug. 14, 2018 | IC 009: Computer recorded programmes for use in database management, for preparing spreadsheets, for word processing, for preparing diagrams in the field of business management, for automating business processes in companies, including marketing, analytics; downloadable computer software for automating business processes in companies, including marketing, analytics; computer game |

| | | | software; computer software applications, downloadable, for automating business processes in companies, including marketing, analytics; electronic publications, downloadable, in the nature of magazines and newsletters in the field of marketing, automating business processes in companies; downloadable image files containing spreadsheets, diagrams, maps, charts, icons.; IC 035: Advertising; on-line advertising on a computer network; business management assistance; business intermediary services relating to the matching of potential private investors with entrepreneurs needing funding; computerized file management; demonstration of goods; business information; commercial information and advice for consumers being a consumer advice shop; layout services for advertising purposes; updating and maintenance of information in registries; updating and maintenance of data in computer databases; updating of advertising material; design of advertising materials; business inquiries; business investigations; business organization consultancy; marketing research; systemization of information into computer databases; compilation of statistics; production of advertising films; marketing; compiling indexes of information for commercial or advertising purposes; computer file management, namely, data search in computer files for others; providing business information via a web site; provision of commercial and business contact information; provision of an on-line marketplace for buyers and sellers of goods and services; web indexing for commercial or advertising purposes; presentation of goods on communication media, for retail purposes; sales promotion for others; rental of advertising time on communication media; publicity material rental; publication of publicity texts; dissemination of advertising matter; direct mail advertising; writing of publicity texts; compilation of information into computer databases; administration of consumer loyalty programs; administrative processing of |
|---|---|---|---|

14

| | | | |
|---|---|---|---|
| | | | purchase orders; web site traffic optimization; pay per click advertising; 042: Installation of computer software; web site design consultancy; updating of computer software; software as a service SaaS featuring software for database management, for preparing spreadsheets, for word processing, for preparing diagrams in the field of business management, for automating business processes in companies, including marketing, analytics; maintenance of computer software; providing information on computer technology and programming via a web site; computer software design; creating and maintaining web sites for others; computer technology consultancy |
| 6235880 | METAQUOTES | Jan. 5, 2021 | IC 036: Financial services, namely, broker/dealer services on securities exchanges and over-the-counter markets, brokerage and trading services on Forex, CFD and futures financial markets, raising debt and equity capital for others, business fundraising for others, electronic remote cheque deposit services, providing for the exchange of foreign currency, commodities, financial derivatives, interest rate products, and equities via the internet and intranet systems; monetary transfer, namely, electronic transfer of funds, payment services, namely, payment verification services, rent payment services, bill payment services, tax payment processing services; savings bank services; payment and credit services, namely, credit card payment processing services; processing of debit card payments; processing of credit card transactions; safe deposit box services; account debiting services; surety services; bill payment services; cheque encashment services, namely, check acceptance services, check cashing; credit brokerage; financing of loans; providing loans against security; financial investment services, namely, administering the issuance, underwriting and distribution of securities; capital investment services; trustee services; financial management services; brokerage of bonds and other securities; financial consultation services; financial advice; financial guarantees and surety |

15

| | | | services; financial analysis and preparation of reports relating thereto; financial information services; financial research services; financing services for securing of funds; administration of financial affairs relating to Forex, CFD and futures financial markets; computerized financial services in the nature of on-line transactions and electronic deals, namely, foreign exchange transactions, electronic foreign exchange payment processing provided on Forex, CFD and futures financial markets via the Internet and electronic means; brokerage relating to the provision of credit; trusteeship of money; mortgage services, namely, buyer pre-qualification of mortgages for mortgage brokers and banks; financial market analysis and preparation of reports relating thereto; on-line brokerage for trading and transactions relating to currency and other financial products; providing financial information via a website; providing financial information online; cash management; advisory services relating to financial asset management; financial clearing houses; clearing services for payment transactions, namely, Automated Clearing House (ACH) transaction processing services provided via mobile applications, a websites; investment advice; credit consultation; consumer credit consultancy; acceptance of bill payments; banking services relating to the deposit of money; liability guarantee and acceptance of bills of exchange; securities lending; domestic remittance services, namely, money wiring, money transfer services; brokerage of futures contracts; trading of futures contracts; providing information relating to trusteeship of financial futures contracts; trusteeship of financial futures contracts; exchanging money; foreign exchange transactions; currency exchange services; currency exchange and advice; issuance of travellers' cheques; trading of securities options and overseas market securities futures; providing information relating to the trading of securities and securities index futures in overseas markets; securities brokerage; |
|---|---|---|---|

16

| | | | securities trading; providing information relating to brokerage of securities; agencies for trading of securities; providing securities market information via an on-line computer database; securities underwriting; trading of securities index futures; trading of securities, securities index futures, securities options, and domestic market securities futures; securities trading services provided via the Internet; automated securities brokerage; securities trading and investing services for others provided via the Internet; issuance of tradable securities; trading of financial instruments, securities, shares, options and other derivative products; life insurance brokerage; providing stock market information; brokerage of securities index futures; agencies for trading of securities index futures; agencies for brokerage of securities index futures; providing information relating to brokerage of securities index futures; providing information relating to the trading of securities index futures; providing on-line information relating to financial, banking, insurance and investment services; brokerage of stocks, commodities and futures; futures exchange services; providing information relating to brokerage of foreign market securities futures; providing information relating to domestic and overseas market securities futures; providing information relating to the trading of commodity futures; providing information relating to the trading of domestic market securities futures; providing information relating to the trading of foreign market securities futures; deposits of valuables in the nature of safety deposit box services; safe deposit services for securities; providing information relating to safe deposit services for precious metals; provision of financial information; provision of loan and credit facilities; provision of working capital credits and loans of all kinds; provision of loans by credit unions; corporate savings account services; savings account services; IC 038: Providing user access to global computer networks featuring on-line sites containing |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | | | financial information; transmission of electronic mail; providing access to on-line forums for transmission of messages over the Internet among computer users concerning foreign currency trading, futures, commodities, securities, currencies, financial instruments, options, brokerage, trading, investments, financial holdings of companies, financial markets and stock pricing and indices; data transfer services, namely, providing frame relay connectivity services for data transfer; providing telecommunication connections to the Internet; electronic transmission of information, including web pages, computer programs and any other data; provision of access to computer databases; providing access to databases on computer networks; provision of access to a worldwide computer network; rental of access time to a computer database via global computer networks; IC 041: Arranging and conducting of conferences, conventions and exhibitions for cultural or educational purposes; providing education in the nature of seminars, courses and training related to banking, financial, insurance, economic and investment services; providing online non-downloadable electronic publications in the nature of books, newsletters, magazines, brochures, periodicals, pamphlets and leaflets relating to banking, financial, insurance, economic and investment; providing online non-downloadable electronic publications in the nature of books, newsletters, magazines, brochures, periodicals, pamphlets and leaflets in the fields of foreign currency trading, futures, commodities, securities, currencies, financial instruments, options, brokerage, trading, investments, financial holdings of companies, financial markets and stock pricing and indices; online publication of electronic books and journals relating to banking, financial, insurance, economic and investment |
| 3537314 | TEAMWOX | Nov. 25, 2008 | IC 009: Computer operating programs, computer software for use in database management, as a spreadsheet, word processing, and diagram in the field of brokerage and |

| | | | |
|---|---|---|---|
| | | | trading services on Forex, CFD and Futures financial markets; downloadable computer software programs designed for financial institutions providing online brokerage and trading services on Forex, CFD and Futures financial markets for use on computers, mobile phones, pocket computers and other mobile devices; computer game programs; computers; laptop computers; downloadable electronic publications in the form of magazines and newsletters for use in the field of brokerage and trading services on Forex, CFD and Futures financial markets.; IC 042: Design and development of computer hardware and software; computer systems analysis; consulting in the field of architecture; recovery of computer data; graphic arts designing; computer system design, namely, computer network design for others, design of online computer software systems; computer virus protection services; engineering; technical project studies, namely, technical consulting and assistance with computer-based information systems and components; installation of computer software; research and development of computer software for others; technical research in the field of computer software; consultancy in the field of computer hardware design and software; quality control for others; updating of computer software; maintenance of computer software; conversion of data or documents from physical or electronic media; providing search engines for the internet; data conversion of computer programs and data; computer system design; rental of web servers; computer rental; rental of computer software; hosting computer sites for others on a computer server for global computer network; duplication of computer programs; creating and maintaining websites for others; computer programming |
| 6248533 | METATRADER | Jan. 19, 2021 | IC 038: Providing user access to global computer networks featuring on-line sites containing financial information; transmission of electronic mail; providing access to on-line forums for transmission of messages over the Internet among computer users concerning |

| | | | foreign currency trading, futures, commodities, securities, currencies, financial instruments, options, brokerage, trading, investments, financial holdings of companies, financial markets and stock pricing and indices; data transfer services, namely, providing frame relay connectivity services for data transfer; providing telecommunication connections to the Internet; electronic transmission of information, including web pages, computer programs and any other data; provision of access to computer databases; providing access to databases on computer networks; provision of access to a worldwide computer network; rental of access time to a computer database via global computer networks. |
|---|---|---|---|

59.     A true and correct copy of U.S. trademark registrations owned by MetaQuotes for the MetaQuotes word marks is attached hereto as Exhibit 37.

60.     MetaQuotes has also registered several stylized design marks with the United States Patent and Trademark Office for use in connection with its MetaQuotes branded products and services.  Following is a representative sampling of MetaQuotes' U.S. federal trademark registrations for the MetaQuotes design marks.

| REG. NO. | MARK | REG. DATE | REGISTERED SERVICES |
|---|---|---|---|
| 4750105 | MetaQuotes SOFTWARE | Jun. 9, 2015 | IC 009: Computer programs recorded on data media for database management, for preparing spreadsheets, for word processing, for preparing diagrams in the field of brokerage, trading services in the financial markets and for automating business processes in companies; computer game software; downloadable computer software for trading in the financial markets and for automating business processes in companies; computer operating programs, recorded; downloadable electronic publications in the nature of magazines and newsletters |

20

| | | | |
|---|---|---|---|
| | | | in the field of trading on financial markets and automating business processes in companies.; IC 042: Recovery of computer data; computer virus protection service; installation of computer software; research and development of new products for others; information technology IT consultancy; computer software consultancy; web site design consultancy; updating of computer software; monitoring of computer systems by remote access to ensure proper functioning; software as a service SaaS featuring software for security trading on the financial markets and for automating business processes in companies; maintenance of computer software; conversion of data or documents from physical to electronic media; data conversion of computer programs and data, not physical conversion; computer system design; rental of web services; rental of computer software; server hosting; duplication of computer programs; computer software design; creating and maintaining web sites for others; computer programming; industrial design |
| 5527173 | FINTEZA | July 31, 2018 | IC 035: Advertising; on-line advertising on a computer network; business management assistance; business intermediary services relating to the matching of potential private investors with entrepreneurs needing funding; computerized file management; demonstration of goods; business information; commercial information and advice for consumers being a consumer advice shop; layout services for advertising purposes; updating and maintenance of information in registries; updating and maintenance of data in computer databases; updating of advertising material; design of advertising materials; business inquiries; business investigations; business |

21

| | | | |
|---|---|---|---|
| | | | organization consultancy; marketing research; systemization of information into computer databases; compilation of statistics; production of advertising films; marketing services; compiling indexes of information for commercial or advertising purposes; computer file management, namely, data search in computer files for others; providing business information via a web site; provision of commercial and business contact information; provision of an on-line marketplace for buyers and sellers of goods and services; web indexing in the nature of compiling indexes of information for commercial or advertising purposes; providing television home shopping services in the field of general consumer merchandise; sales promotion for others; rental of advertising time on communication media; publicity material rental; publication of publicity texts; dissemination of advertising matter; direct mail advertising; writing of publicity texts; compilation of information into computer databases; business administration of consumer loyalty programs; administrative processing of purchase orders; web site traffic optimization; pay per click advertising |
| 4839019 | | Oct. 27, 2015 | IC 009: Computer programs recorded on computer media for database management, for preparing spreadsheets, for word processing, for preparing diagrams in the field of brokerage trading services in the financial markets and for automating business processes in companies; downloadable software for trading in the financial markets and for automating business processes in companies; computer game software; downloadable electronic publications, namely, magazines and newsletters in the field of trading on financial markets and |

22

| | | | |
|---|---|---|---|
| | | | automating business processes in companies; computers; notebook computers; blank optical and magnetic data carriers. |
| 6235879 | | Jan. 5, 2021 | IC 038: Providing user access to global computer networks featuring on-line sites containing financial information; transmission of electronic mail; providing access to on-line forums for transmission of messages over the Internet among computer users concerning foreign currency trading, futures, commodities, securities, currencies, financial instruments, options, brokerage, trading, investments, financial holdings of companies, financial markets and stock pricing and indices; data transfer services, namely, providing frame relay connectivity services for data transfer; providing telecommunication connections to the Internet; electronic transmission of information, including web pages, computer programs and any other data; provision of access to computer databases; providing access to databases on computer networks; provision of access to a worldwide computer network; rental of access time to a computer database via global computer networks. |
| 7006640 | | Mar. 21, 2023 | IC 009: Downloadable computer operating programs, downloadable computer computer software for use in database management, as a spread sheet, word processing and diagram in the field of brokerage and trading services on Forex, CFD and Futures financial markets; computer software applications downloadable, downloadable mobile applications, downloadable computer software programs designed for financial institutions providing online brokerage and trading services on Forex, CFD and Futures financial markets for use on computers, mobile phones, pocket computers and other mobile devices; |

23

| | | | |
|---|---|---|---|
| | | | downloadable computer game programs; computers; laptop computers; downloadable electronic publications in the form of magazines and newsletters for use in the field of brokerage and trading services on Forex, CFD and Futures financial markets.; IC 042: Recovery of computer data; computer virus protection services; installation of computer software; research and development of new products for others; information technology consultancy; computer software consultancy; web site design consultancy; updating of computer software; monitoring of computer systems by remote access to ensure proper functioning; software as a service featuring software for use in database management, for service desk management, accounting, collecting data and analysis, processing data, searching data, for creating financial reports, creating electronic business transactions, in the field of financial services, monetary transfer services, payment services, brokerage and trading services, banking services; maintenance of computer software; conversion of data or documents from physical to electronic media; data conversion of computer programs and data not physical conversion; computer system design; rental of web servers; rental of computer software; copying of computer programs; computer software design; creating and maintaining web sites for others; computer programming; server hosting |
| 6279516 | MQL5 | Mar. 2, 2021 | IC 038: Providing user access to global computer networks featuring on-line sites containing financial information; transmission of electronic mail; providing access to on-line forums for transmission of messages over the Internet among computer users concerning foreign currency trading, futures, commodities, securities, currencies, financial |

| | | | |
|---|---|---|---|
| | | | instruments, options, brokerage, trading, investments, financial holdings of companies, financial markets and stock pricing and indices; data transfer services, namely, providing frame relay connectivity services for data transfer; providing telecommunication connections to the Internet; electronic transmission of information, including web pages, computer programs and any other data; provision of access to computer databases; providing access to databases on computer networks; provision of access to a worldwide computer network; rental of access time to a computer database via global computer networks. |
| 7049335 | MT4 | May 9, 2023 | Downloadable computer operating programs, downloadable computer computer software for use in database management, as a spread sheet, word processing and diagram in the field of brokerage and trading services on Forex, CFD and Futures financial markets; computer software applications downloadable, downloadable mobile applications, downloadable computer software programs designed for financial institutions providing online brokerage and trading services on Forex, CFD and Futures financial markets for use on computers, mobile phones, pocket computers and other mobile devices; downloadable computer game programs; computers; laptop computers; downloadable electronic publications in the form of magazines and newsletters for use in the field of brokerage and trading services on Forex, CFD and Futures financial markets; Recovery of computer data; computer virus protection services; installation of computer software; research and development of new products for others; information technology consultancy; computer software consultancy; web site design |

| | | | consultancy; updating of computer software; monitoring of computer systems by remote access to ensure proper functioning; software as a service featuring software for use in database management, for service desk management, accounting, collecting data and analysis, processing data, searching data, for creating financial reports, creating electronic business transactions, in the field of financial services, monetary transfer services, payment services, brokerage and trading services, banking services; maintenance of computer software; conversion of data or documents from physical to electronic media; data conversion of computer programs and data not physical conversion; computer system design; rental of web servers; rental of computer software; copying of computer programs; computer software design; creating and maintaining web sites for others; computer programming; server hosting |
|---|---|---|---|

61.    A true and correct copy of U.S. trademark registrations owned by MetaQuotes for the MetaQuotes design marks is attached hereto as Exhibit 38.

62.    Several of Plaintiff's registered MetaQuotes Marks have obtained incontestable status pursuant to 15 U.S.C. § 1065.

63.    Plaintiff's incontestable federal registrations for the MetaQuotes Marks are *conclusive* evidence of the validity of the marks, of MetaQuotes' ownership of the marks, and of MetaQuotes' exclusive right to use the marks in U.S. commerce.

26

**DEFENDANTS' UNLAWFUL ACTS**

64. The Defendant Domain Names all reflect wholesale adoptions of the MetaQuotes Marks, with the addition of either apparently random and nondistinctive elements, or elements that are descriptive of products and services related to MetaQuotes's own.

65. Upon information and belief, the Defendant Domain Names were all registered with the intent to leverage the MetaQuotes Marks for the registrant(s)' financial gain, including by obtaining Internet visitors when such visitors were attempting to reach MetaQuotes' legitimate website, misleading consumers as to the availability of legitimate MetaQuotes services through the website, and selling counterfeit products.

66. The domain name bestamberMT5.com is registered with the domain name registrar GoDaddy, and consists of the MT5 mark with "bestamber" appended to the beginning of the mark. The domain name has resolved to a website that advertised MetaQuotes products and, on information and belief, lead to counterfeit versions of such products.

67. The domain name bestfxMT5.com is registered with the domain name registrar GoDaddy, and consists of the MT5 mark with "bestfx" appended to the beginning of the mark. The domain name has resolved to a website that advertised trading solutions while also using the MetaQuotes Marks.

68. The domain name bfMT4.com is registered with the domain name registrar GoDaddy, and consists of the MT4 mark with "bf" appended to the beginning of the mark. The domain name has resolved to a website that advertised MetaQuotes products and, on information and belief, led to counterfeit versions of such products.

69. The domain name bfMT5.com is registered with the domain name registrar GoDaddy, and consists of the MetaQuotes mark with "bf" appended to the beginning of the

27

mark. The domain name has resolved to a website that advertised MetaQuotes products and, on information and belief, led to counterfeit versions of such products.

70. The domain name cloneMETATRADER5.com is registered with the domain name registrar Key-Sytems, and consists of the METATRADER mark with "clone" appended to the beginning of the mark.

71. The domain name dfMT4.com is registered with the domain name registrar GoDaddy, and consists of the MT4 mark with "df" appended to the beginning of the mark. The domain name has resolved to a website that advertised MetaQuotes products and, on information and belief, led to counterfeit versions of such products.

72. The domain name greylabelMT5.com is registered with the domain name registrar BigRock, and consists of the MT5 mark with "greylabel" appended to the beginning of the mark.

73. The domain name greylabelMT5.net is registered with the domain name registrar BigRock, and consists of the MT5 mark with "greylabel" appended to the beginning of the mark.

74. The domain name lotusMT4.com is registered with the domain name registrar Webnic.cc, and consists of the MT4 mark with "lotus" appended to the beginning of the mark.

75. The domain name lxMT4.com is registered with the domain name registrar GoDaddy, and consists of the MT4 mark with "lx" appended to the beginning of the mark. The domain name has resolved to a website that advertised MetaQuotes products and, on information and belief, led to counterfeit versions of such products.

76. The domain name META-QUOTE.org is registered with the domain name registrar Tucows, and consists of a typographical error of the METAQUOTES mark.

28

77.    The domain name META-QUOTES.net is registered with the domain name registrar GoDaddy, and consists of the METAQUOTES mark with a hyphen inserted.

78.    The domain name METAQUOTES5.com is registered with the domain name registrar Tucows, and consists of the METAQUOTES mark with "5" appended to the end of the mark.

79.    The domain name METATRADERc.com is registered with the domain name registrar NameCheap, and consists of the METATRADER mark with "c" appended to the end of the mark.  The domain name has resolved to a website that impersonates MetaQuotes and solicits login credentials from unsuspecting visitors.

80.    The domain name METATRADERfxpro.com is registered with the domain name registrar Public Domain Registry, and consists of the METATRADER mark with "fxpro" appended to the end of the mark.

81.    The domain name METATRADERgreylabel.com is registered with the domain name registrar NameCheap, and consists of the METATRADER mark with "greylabel" appended to the end of the mark.  The domain name has resolved to a website that unlawfully uses the METATRADER mark for deceptive advertising purposes to promote illegal services and engage in fraudulent activities including counterfeit versions of MetaQuotes' software. .

82.    The domain name METATRADERs5.com is registered with the domain name registrar Alibaba Cloud Computing (Beijing) Co., Ltd., and consists of the METATRADER mark with "s5" appended to the end of the mark.  The domain name has resolved to a website that displays pay-per-click advertising related to MetaQuotes' services

83.     The domain name MQL5trade.com is registered with the domain name registrar Squarespace Domains II LLC, and consists of the MQL5 mark with "trade" appended to the end of the mark.

84.     The domain name MQL5trader.com is registered with the domain name registrar Squarespace Domains II LLC, and consists of the MQL5 mark with "trader" appended to the end of the mark.

85.     The domain name MQLshop.com is registered with the domain name registrar URL Solutions, and consists of the MQL portion of the MQL4 and MQL5 marks with "shop" appended to the end of the mark.  The domain name has resolved to a website that sells counterfeit versions of MetaQuotes' software as well as other financial services software products.

86.     The domain name MT4crm.com is registered with the domain name registrar Namebright, and consists of the MT4 mark with "crm" appended to the end of the mark.

87.     The domain name MT4datafeed.com is registered with the domain name registrar NameSilo, and consists of the MT4 mark with "datafeed" appended to the end of the mark.

88.     The domain name MT-4-forex.com is registered with the domain name registrar Internet BS, and consists of the MT4 mark with "-forex" appended to the end of the mark.  The domain name has resolved to a website that provides misleading and deceptive information in order to deceive unsuspecting users.

89.     The domain name MT5build.com is registered with the domain name registrar GoDaddy, and consists of the MT5 mark with "build" appended to the end of the mark.

90.     The domain name MT5claim.com is registered with the domain name registrar Hosting Concepts, and consists of the MT5 mark with "claim" appended to the end of the mark.

91.    The domain name MT-5-forex.com is registered with the domain name registrar Internet BS, and consists of the MT5 mark with "-forex" appended to the end of the mark.  The domain name has resolved to a website that provides misleading and deceptive information in order to deceive unsuspected users.

92.    The domain name MT5maker.com is registered with the domain name registrar GoDaddy, and consists of the MT5 mark with "maker" appended to the end of the mark.  The domain name has resolved to a website that advertised MetaQuotes products and, on information and belief, led to counterfeit versions of such products.

93.    The domain name MT5manager.com is registered with the domain name registrar GMO, and consists of the MT5 mark with "manager" appended to the beginning of the mark.

94.    The domain name MT5meta.com is registered with the domain name registrar Cloud Yuqu, LLC, and consists of the MT5 mark with "meta" appended to the end of the mark.

95.    The domain name MT5provider.com is registered with the domain name registrar Hosting Concepts, and consists of the MT5 mark with "provider" appended to the end of the mark.

96.    The domain name MT5providermail.com is registered with the domain name registrar Hosting Concepts, and consists of the MT5 mark with "providermail" appended to the end of the mark.

97.    The domain name pjMT4.com is registered with the domain name registrar Name.com, and consists of the MT4 mark with "pj" appended to the beginning of the mark.  The domain name has resolved to a website that advertised MetaQuotes products and, on information and belief, led to counterfeit versions of such products.

98.    The domain name rdMT4.com is registered with the domain name registrar Name.com, and consists of the MT4 mark with "rd" appended to the beginning of the mark. The domain name has resolved to a website that advertised MetaQuotes products and, on information and belief, led to counterfeit versions of such products.

99.    The domain name realMETATRADER4.com is registered with the domain name registrar GLOBAL DOMAIN GROUP LLC, and consists of the METATRADER4 mark with "real" appended to the beginning of the mark. The domain name has resolved to a website that promotes cryptocurrencies that are unrelated to MetaQuotes.

100.    The domain name sjMT5.com is registered with the domain name registrar GoDaddy, and consists of the MT5 mark with "sj" appended to the beginning of the mark. The domain name has resolved to a website that advertised MetaQuotes products and, on information and belief, led to counterfeit versions of such products.

101.    The domain name METATRABER5.com is registered with the domain name registrar GoDaddy, and consists of a typographical error of the METATRADER 5 mark.

102.    No one associated with the Defendant Domain Names has authorization to use the MetaQuotes Marks, and, upon information and belief, none of the Defendant Domain Names are being used for any legitimate purpose.

103.    Upon information and belief, if the Defendant Domain Names were registered by different people or entities, the registrants of the Defendant Domain Names acted in concert given that the Defendant Domain Names misuse the MetaQuotes Marks in similar ways, and groups of Defendant Domain Names were registered and/or re-registered in close temporal proximity, have been registered with the same registrar, and/or resolve to reflect similar unlawful content.

104. Upon information and belief, the registrants of the Defendant Domain Names either employed a privacy service to conceal their identity, or identified themselves as being outside of the jurisdiction of U.S. courts.

### COUNT ONE:
**(Violation of the Federal Anti-Cybersquatting Consumer Protection Act)**

105. MetaQuotes repeats and realleges each and every allegation set forth in the foregoing paragraphs, as though fully set forth herein.

106. MetaQuotes federally registered MetaQuotes Marks are famous and/or distinctive and were famous and/or distinctive prior to the registration of the Defendant Domain Names.

107. The Defendant Domain Names fully incorporate the MetaQuotes mark and/or confusingly similar variations thereof.

108. The use of the MetaQuotes Marks within the Defendant Domain Names is without authorization from MetaQuotes.

109. The Defendant Domain Names do not and cannot reflect the legal name of the registrant of the Domain Names.

110. The registrant(s) of the Defendant Domain Names has not engaged in bona fide noncommercial or fair use of the MetaQuotes Marks in a website accessible under the Domain Names.

111. The websites displayed by the registrant(s) of the Defendant Domain Names are likely to be confused with MetaQuotes' legitimate online location at www.metaquotes.net.

112. Upon information and belief, the registrant(s) of the Defendant Domain Names registered the Domain Names with intent to divert consumers seeking to access genuine MetaQuotes products online away from MetaQuotes' legitimate online location for commercial gain, by creating a likelihood of confusion as to the source, sponsorship, affiliation or

33

endorsement of the Defendant Domain Names and the sites displayed through use of the Defendant Domain Names.

113. The images used on many of the websites associated with the Defendant Domain Names are copied from MetaQuotes' online location at www.metaquotes.net without Plaintiff's authorization.

114. The goods offered for sale via many of the Defendant Domain Names are promoted through fraudulent websites, bearing counterfeit MetaQuotes Marks, and designed to mislead the public that the products are endorsed by MetaQuotes.

115. Upon information and belief, the registrant(s) of the Defendant Domain Names provided material and misleading false contact information when applying for and maintaining the registrations of the Defendant Domain Names, in that the person or entity identified as the registrant of the Defendant Domain Names is concealing their identity from the public registration records for the Defendant Domain Names.

116. MetaQuotes, despite its due diligence, has been unable to find a person who would have been a defendant in a civil action under 15 U.S.C. § 1125(d)(1)(A).

117. The aforesaid acts by the registrant of the Defendant Domain Names constitutes registration, maintenance, or use of domain names that are identical or confusingly similar to Plaintiff's MetaQuotes Marks, with bad faith intent to profit therefrom.

118. The aforesaid acts by the registrant(s) of the Defendant Domain Names constitutes unlawful cyberpiracy in violation of the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d)(1).

119. The aforesaid acts have caused, and are causing, great and irreparable harm to MetaQuotes and the public. The harm to MetaQuotes includes harm to the value and goodwill

associated with the MetaQuotes Marks that money cannot compensate. Unless permanently restrained and enjoined by this Court, said irreparable harm will continue.

120. Pursuant to 15 U.S.C. § 1125(d)(2)(D)(i), MetaQuotes is entitled to an order transferring the Defendant Domain Names to MetaQuotes.

**COUNT TWO:**
**(*In-Rem* Trademark Infringement)**

121. MetaQuotes repeats and realleges each and every allegation set forth in the foregoing paragraphs, as though fully set forth herein.

122. At the time the Defendant Domain Names were registered and/or used, MetaQuotes possessed valid federal trademark rights in the MetaQuotes Marks.

123. In light of the registrants' concealment of the identities of the true owners of the Defendant Domain Names and/or the registrants' location outside the United States, MetaQuotes is not able to obtain *in personam* jurisdiction over the registrant(s) of the Defendant Domain Names or any other person who would have been a defendant in a civil action under 15 U.S.C. § 1125(d)(1)(A) or, alternatively, MetaQuotes, despite its due diligence, has been unable to find a person who would have been a defendant in a civil action under 15 U.S.C. § 1125(d)(1)(A).

124. The registration and/or use of the Defendant Domain Names is a use in commerce.

125. The registration and/or use of the Defendant Domain Names affect MetaQuotes's ability to use its MetaQuotes Marks in commerce.

126. The Defendant Domain Names and their respective registrant(s) have no valid rights in the MetaQuotes Marks.

127. At the time the Defendant Domain Names were registered and/or used, the Defendant Domain Names and their respective registrant(s) were on actual and/or constructive

35

notice, pursuant to Section 22 of the Lanham Act, 15 U.S.C. § 1072, of the existence of MetaQuotes's superior rights in its MetaQuotes Marks by reason of the existence, at that time, of MetaQuotes's aforementioned federal trademark rights.

128.    Use by the Defendant Domain Names and their respective registrant(s) of the MetaQuotes Marks is without the permission or authorization of MetaQuotes.

129.    The aforesaid registration and/or use of the Defendant Domain Names has caused and is likely to continue to cause confusion, mistake and/or deception among consumers and the public, leading the public falsely to believe that the Defendant Domain Names and/or websites provided thereunder are those of, are sponsored or approved by, or are in some way connected with MetaQuotes.

130.    The aforesaid registration and/or use of the Defendant Domain Names constitutes direct infringement of MetaQuotes's trademark rights in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

131.    The aforesaid acts have caused, and are causing, great and irreparable harm to MetaQuotes and the public.  The harm to the public includes the potential for fraud stemming from impersonation of and/or misdirection from a financial institution. The harm to MetaQuotes includes harm to the value and goodwill associated with the MetaQuotes Marks. Money cannot fully compensate either of these harms. Unless permanently restrained and enjoined by this Court, said irreparable harm will continue.

## PRAYER FOR RELIEF

WHEREFORE, MetaQuotes respectfully requests of this Court:

1.     That judgment be entered in favor of MetaQuotes on its claims of cybersquatting and trademark infringement;

2.     That the Court order the Defendant Domain Names be transferred to MetaQuotes through a change by VeriSign, Inc. and Public Interest Registry of the Defendant Domain Names from the current domain name registrars to MetaQuotes' domain name registrar of choice and by such registrar's change of the registrant to MetaQuotes;

3.     That actual, compensatory, and statutory damages, be awarded against Defendants;

4.     That the Court order an award to MetaQuotes of such other and further relief as the Court may deem just and proper.

Dated: March 10, 2025        By:    /s/ Attison L. Barnes, III
                                     Attison L. Barnes, III (VA Bar No. 30458)
                                     David E. Weslow (for *pro hac vice*)
                                     Adrienne J. Kosak (VA Bar No. 78631)
                                     Kahlil H. Epps (for *pro hac vice*)
                                     WILEY REIN LLP
                                     2050 M St. NW
                                     Washington, DC 20036
                                     Tel: (202) 719-7000
                                     Fax: (202) 719-7049
                                     abarnes@wiley.law

                                     *Counsel for Plaintiff*
                                     *MetaQuotes Ltd.*